# DIVIDENDS REMITTED TO THE COURT
Check Number 3010 Dated 08/27/10
Case Number 09-38357 - VAQUERA, ERIC J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000005 | 222.76 | 4.21 |
| ----------- Remittance Total --------------- | | 222.76 | 4.21 |

*signature*
DOUGLAS A. DYMARKOWSKI, Trustee

FILED
2010 AUG 30 PM 3:49
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO